## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| WARREN MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00669-LPL |
| | ) | |
| GC SERVICES, LIMITED PARNTERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, WARREN MAXWELL, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esquire, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


RESPECTFULLY SUBMITTED,


August 7, 2019                      By: /s/ Michael A. Siddons_____
                                        Michael A. Siddons
                                        Attorney #89018
                                        The Law Firm of Michael Alan Siddons, Esquire
                                        230 N. Monroe Street
                                        PO Box 403
                                        Media, PA 19063
                                        Tel: 484-614-6546
                                        msiddons@siddonslaw.com
                                        Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

On August 7, 2019, I electronically filed the Notice of Settlement with the Clerk of the
U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement
to Defense Counsel, Meredith Wolfe, at meredith@rudnickifirm.com.

By: /s/ Michael A. Siddons
Michael A. Siddons