# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| WARREN MAXWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:19-cv-00669-LPL |
| | ) |
| GC SERVICES, LIMITED PARNTERSHIP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, WARREN MAXWELL, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LIMITED PARTNERSHIP.

RESPECTFULLY SUBMITTED,

September 10, 2019           By: /s/ Michael A. Siddons
                                                Michael A. Siddons
                                                Attorney #89018
                                                The Law Firm of Michael Alan Siddons, Esquire
                                                230 N. Monroe Street
                                                PO Box 403
                                                Media, PA 19063
                                                Tel: 484-614-6546
                                                msiddons@siddonslaw.com
                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On September 10, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Meredith Wolfe, at meredith@rudnickifirm.com.

By: /s/ Michael A. Siddons
Michael A. Siddons